**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RAJAT DAWAR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SAM'S WEST, INC., SAM'S EAST, INC., and SOVENA USA, INC.,<br><br>      Defendants. | Case No.: 1:24-cv-09106<br><br>Hon. Jeremy C. Daniel |

**NOTICE OF VOLUNTARY DISMISSAL OF SAM'S WEST, INC.**
**AND SAM'S EAST, INC. WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rajat Dawar ("Plaintiff") hereby voluntarily dismisses **without prejudice** his claims against Sam's West, Inc. and Sam's East, Inc. **only**. Plaintiff is **not** dismissing his claims against Sovena USA, Inc.

Dated: March 27, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  _/s/ Neal J. Deckant_
   Neal J. Deckant

Neal J. Deckant*
1990 N. California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
Email: ndeckant@bursor.com


**SMITH KRIVOSHEY, PC**
Joel D. Smith*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey*
Brittany S. Scott*

166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com
brittany@skclassactions.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Phone: (267) 536-2145
E-Mail: tpeter@faruqilaw.com

**Generally Admitted*

*Attorneys for Plaintiff*