UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RAJAT DAWAR and EBONY MORRISON,
individually and on behalf of all others similarly
situated,

Plaintiffs,

v.

SOVENA USA, INC.

Defendant.

Case No. 1:24-cv-09106

Judge Jeremy C. Daniel

Magistrate Judge Albert Berry III

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

NOW COME the parties, Plaintiffs Rajat Dawar and Ebony Morrison ("Plaintiffs"), and Defendant Sovena USA, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel of record in this matter, hereby respectfully submit the following Joint Motion to Extend Discovery Deadline:

1. On October 14, 2025 (Dkt. 72), this Court set the deadline for the close of fact discovery of July 18, 2026.

2. Since such time, the Parties have been diligently working to complete fact discovery in accordance with the Court's schedule.

3. The parties exchanged initial disclosures on October 1, 2025 and responses to written discovery requests on November 17, 2025 and December 8, 2025. On February 10, 2026, Plaintiff served a subpoena on Circana, LLC.

4. Defendant made its initial production of documents on January 22, 2026, and is in the process of document collection in preparation for making additional document productions on a rolling basis. Plaintiffs provided responses to written discovery on December 8, 2025 and served

1

supplemental productions on January 8, 2026 and February 24, 2026.

5.     Moreover, the Parties have met and conferred regarding their respective discovery requests, including but not limited to videoconferences held on December 5, 2025 and January 8, 2026.

6.     Despite their efforts, due to the voluminous nature of the discovery, including voluminous testing data, the Parties believe that the current fact discovery deadline of July 18, 2026, will not be sufficient time to ensure the completion of fact discovery.

7.     The Parties respectfully submit that good cause exists to grant the requested extension and extend the close of fact discovery to November 18, 2026. This is the Parties' first request for an extension of time to complete discovery. The requested extension will allow the Parties adequate time for the completion of fact discovery and to develop the record, and the Parties do not bring this joint motion for delay or any other improper purpose.

8.     The Parties agree that no prejudice will result with an extension and do not anticipate requesting another extension to the fact discovery period.

9.     Accordingly, the Parties ask for an extension of the Close of Fact Discovery date to November 18, 2026.

WHEREFORE, the Parties, all by their respective counsel, respectfully request that this Court grant this Joint Motion and enter an order extending the deadline for the Close of Fact Discovery to November 18, 2026.

2

Dated:  April 1, 2026     Respectfully submitted,

**SMITH KRIVOSHEY, PC**

By:  */s/ Brittany S. Scott*
    Brittany S. Scott

Yeremey O. Krivoshey*
Brittany S. Scott*
28 Geary Street, Suite 650, #1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com
    brittany@skclassactions.com
* *Generally Admitted*
*Attorneys for Plaintiff*

Dated:  April 1, 2026    **ALSTON & BIRD LLP**

By:  */s/ Lisa L. Garcia*
    Lisa L. Garcia

Lisa L. Garcia (*pro hac vice*)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
lisa.garcia@alston.com

Terance A. Gonsalves (Bar #6272295)
**ALSTON & BIRD LLP**
321 N. Clark Street
Suite 2650
Chicago, Illinois 60654-4714
Telephone: 312-702-8700
terance.gonsalves@alston.com

Scott A. Elder (*pro hac vice*)
Alan F. Pryor (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
scott.elder@alston.com
alan.pryor@alston.com
*Attorneys for Defendant Sovena USA, Inc*

3

**<u>CERTIFICATE OF SEERVICE</u>**

I hereby certify that on April 1, 2026, a true and correct copy of the foregoing Joint Motion to Extend Discovery Deadline was filed with the Court using the CM/ECF system, which will automatically notify and serve all counsel of record.

*/s/ Lisa L. Garcia*
Lisa L. Garcia
*Counsel for Defendant*